**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JOSEPH LEE MURPHY, # 267575,** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 24-00018-JB-B |
| **OFFICER KOPPS,** | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. 72(a)(2)(R) and dated January 19th, 2024 (Doc. 2) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **TRANSFERRED** to the Northern Division of the United States District Court for the Middle District of Alabama.

**DONE and ORDERED** this 15th day of February, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE